NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BMW OF NORTH AMERICA LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, TIMKEN COMPANY,**
*Defendants-Appellees*

---

2018-1109

---

Appeal from the United States Court of International Trade in No. 1:15-cv-00052-JCG, Judge Jennifer Choe-Groves.

---

**SUA SPONTE**

---

Before PROST, *Chief Judge,* O'MALLEY and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Before the court is the parties' May 30, 2019 joint response to this court's order to show cause. The parties have requested the redaction of certain material that they have

identified as the business proprietary information of a third party.  Accordingly,

IT IS ORDERED THAT:

The opinion issued under seal on May 9, 2019 is hereby unsealed in part with the remaining sealed portions redacted from the public opinion.


                                    FOR THE COURT


June 14, 2019                       /s/ Peter R. Marksteiner
    Date                            Peter R. Marksteiner
                                    Clerk of Court